# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:13-cr-00085-HDM-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| EFRAIN IBARRA-FLORES, | ) | |
| Defendant. | ) | |

Defendant has filed a motion for judgment of acquittal under Federal Rule of Criminal Procedure 29(c) (#51).  The government has opposed (#52).  Defendant has not replied.

Sufficient evidence was presented at trial to allow a rational trier of fact to find all the elements of the offense beyond a reasonable doubt, including defendant's alienage.  Accordingly, defendant's motion for judgment of acquittal (#51) is hereby **DENIED**.

IT IS SO ORDERED.

DATED: This 16th day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE